UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | 3:14-CR-14-16 |
| V. | ) | |
| | ) | JUDGE VARLAN |
| | ) | |
| MIRANDA LANKFORD, | ) | |
| | ) | |
| Defendant, | ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Miranda Lankford, and the defendant admits that she has violated his supervised release as specified in the petition. An agreement has been reached between the parties, recommending that Ms. Lankford's supervised release should be revoked and that she should receive a sentence of ten (10) months incarceration with no supervised release to follow.

Ms. Lankford agrees to waive her right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive her right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is III. The advisory guideline range is 5-11 months for Grade C violations which the Court has carefully considered. There is a statutory maximum of 36 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of ten (10) months to be followed by no supervised release.

IT IS HEREBY RECOMMENDED that defendant, Miranda Lankford, be placed in FCI Tallahassee if the Bureau of Prison deems such placement appropriate.

ENTERED ON THIS ___26th___ of ___February___, 2021

_Thomas A. Varlan_
Honorable Thomas A. Varlan
United States District Judge

APPROVED FOR ENTRY:

_/s/_ Casey Arrowood by SAF with permission__
Casey Arrowood
Assistant U.S. Attorney

_Steph___ Ferrell_____
Stephen Ferrell
Attorney for Defendant

_/s/ Miranda Lankford by SAF with permission_
Miranda Lankford
Defendant

_/s/ Erin Yancey by SAF with permission_____
Erin Yancey
U.S. Probation Officer

2